# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES ROBINSON,** | : | |
| Petitioner, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-cv-00878-JMY** |
| | : | |
| **KEVIN KAUFFMAN, ET AL.,** | : | |
| Respondent. | : | |

# ORDER

**AND NOW**, this 30th day of January 2025, upon careful and independent consideration of Petitioner's petition for Writ of Habeas Corpus, (ECF No.1), the Report and Recommendation of United States Magistrate Judge Richard A. Lloret ("R&R") (ECF No. 47), and Petitioner's Objections ("Objections") (ECF No. 56), **IT IS ORDERED** that:

1. The R&R is **APPROVED** and **ADOPTED**;

2. The Objections are **OVERRULED** for the reasons set forth in the accompanying Memorandum;

3. Petitioner's Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**